UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES KELLEY ROSE,**

    **Plaintiff,**

**v.**                                        **Case No: 6:16-cv-93-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 25). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 26), recommending that the motion be granted in part.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 25) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $3,437.69.

4. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2017.



Copies furnished to:

Counsel of Record